IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 12-00045 ESL

RAMON  VELAZQUEZ ROLDAN

Chapter 13

ANNETTE TAMARA ECHEVARRIA COLON

XXX-XX-1017

XXX-XX-5253

**FILED & ENTERED ON 08/15/2012**

Debtor(s)

ORDER

Trustee's objection to claim #12 filed by Department of Treasury (docket #37) is hereby denied. The claim was filed on July 3, 2012, which was the last date to file governmental claims.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15 day of August, 2012.

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:   DEBTOR(S)
      ROBERTO  FIGUEROA CARRASQUILLO
      ALEJANDRO  OLIVERAS RIVERA
      DEPARTMENT OF TREASURY